1016

**UNITED ŚTATES of America, Appellant, v. Aubrey HARBOUR, Appellee.**

**No. 7187.**

Circuit Court of Appeals, Fifth Circuit.

Jan. 12, 1934.

Allen Crenshaw, Atty. Dept. of Justice, of Jackson, Miss., and E. J. Currie, Asst. U. S. Atty., of Meridian, Miss., for the United States.

B. B. McClendon, of Jackson, Miss., for appellee.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

**UNITED STATES of America v. Roy R. HART.**

**No. 6618.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 9, 1933.

James B. Frazier, Jr., U. S. Atty., of Chattanooga, Tenn.

PER CURIAM.
Docketed and dismissed, pursuant to motion of appellant.

**UNITED STATES of America v. Rosetta HICKMAN, Adm'x.**

**No. 6473.**

Circuit Court of Appeals, Sixth Circuit.

May 9, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

Horace Frierson, Jr., of Nashville, Tenn., for appellee.

PER CURIAM.
Docketed and dismissed, pursuant to motion of appellee.

**UNITED STATES, Plaintiff-Appellee, v. Marcello INGARDIA, Defendant-Appellant.**

**No. 188.**

Circuit Court of Appeals, Second Circuit.

Oct. 20, 1933.

B. Lamberta, of Brooklyn, N. Y., for appellant.

Emanuel Bublick, of Brooklyn, N. Y., for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed in open court.

**UNITED STATES of America v. James Nick KIPIOTES.**

**No. 1006.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 2, 1934.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed, on motion of appellant.